In the Matter of the Claim of the INDUSTRIAL COMMISSIONER, Respondent, against UNDERWOOD ELLIOTT FISHER Co. et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN, J.